NOT RECOMMENDED FOR PUBLICATION
File Name: 25a0150n.06

No. 24-5588

## UNITED STATES COURTS OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| STATE OF TENNESSEE; COMMONWEALTH OF KENTUCKY; STATE OF OHIO; STATE OF INDIANA; COMMONWEALTH OF VIRGINIA; STATE OF WEST VIRGINIA, | ) ) ) ) | **FILED** Mar 18, 2025 KELLY L. STEPHENS, Clerk |
| Plaintiffs-Appellees, | ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY |
| CHRISTIAN EDUCATORS ASSOCIATION INTERNATIONAL; A.C., by her next friend and mother, Abigail Cross, | ) ) ) | |
| Intervenors-Plaintiffs-Appellees, | ) ) | ORDER |
| v. | ) ) | |
| LINDA MCMAHON, in her official capacity as Secretary of Education; U.S. DEPARTMENT OF EDUCATION, | ) ) ) ) | |
| Defendants-Appellants. | ) ) | |

Before: SILER, GRIFFIN, and MATHIS, Circuit Judges.

The United States Department of Education and Secretary of Education appealed interlocutory the district court's preliminary injunction enjoining the Department from enforcing its Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance Rule, 89 Fed. Reg. 33474 (Apr. 29, 2024) (codified at 34 C.F.R. § 106.1 *et seq.*). To mitigate harm to the parties, a panel of our court expedited this appeal, set an accelerated briefing schedule, and directed the Clerk of Court to schedule oral argument for the court's next sitting. *Tennessee v. Cardona*, 2024 WL 3453880, at *5 (6th Cir. July 17, 2024). Shortly after we heard argument and while we were still considering this preliminary-injunction appeal, the district

No. 24-5588, *Tennessee et al. v. McMahon et al.*

court granted summary judgment in favor of the plaintiff states and private intervenors. *Tennessee v. Cardona*, — F. Supp. 3d —, 2025 WL 63795, at \*7 (E.D. Ky. Jan. 9, 2025). The entry of that final judgment, which defendants did not appeal, renders this interlocutory appeal moot. *See, e.g.*, *Harper ex rel. Harper v. Poway Unified Sch. Dist.*, 549 U.S. 1262 (2007) (mem.); *Adams v. Baker*, 951 F.3d 428, 429 (6th Cir. 2020) (per curiam) (noting that a district court's entry of final judgment during a pending preliminary-injunction appeal "extinguishe[d]" the interlocutory appeal).

We therefore dismiss this appeal for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

_____
Kelly Stephens, Clerk

2